# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STANLEY EARNEST RIMER,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 71451 |
| STANLEY EARNEST RIMER,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 71855 |
| STANLEY EARNEST RIMER,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 71856 ✔ |

**FILED**

APR 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders denying a "motion to vacate void judgment for the state courts violation of subject matter jurisdiction," denying a motion to disqualify a district court judge, and denying a "motion to strike false information from PSI and motion for order for parole hearing." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction to consider these appeals.

17-13417

*Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                    Stiglich

cc:    Hon. Douglas W. Herndon, District Judge
       Stanley Earnest Rimer
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]In light of this order, we take no action on the pro se motions filed in Docket Nos. 71451, 71855 and 71856.